EL PUEBLO, apelado, *v.* ROSA, apelante.

Corte de Distrito de Arecibo.

No. 2718.—*Visto:* Mayo 20, 1926. *Resuelto:* Junio 2, 1926.

Pascual Rosa, coacusado con Demetrio Rosa, quien se declaró culpable de delito contra la salud pública, imputa

1048

a la corte sentenciadora el error de haberle condenado tomando por base, únicamente, la declaración no corroborada de un cómplice.

Que la leche adulterada procedía de la vaquería de Pascual Rosa se demostró en el juicio, no sólo por el testimonio del coacusado Demetrio Rosa, sino por la marca que tenían los envases en que estaba contenida, por lo cual no existe el único error asignado.

*Confirmada la sentencia apelada.*

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.